WILMER CUTLER PICKERING
  HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
*Attorneys for Plaintiff Becton, Dickson and Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY, | Civil Action No. 09-cv-4113 (KSH)(PS) |
| Plaintiff, | **DOCUMENT FILED ELECTRONICALLY** |
| v. | |
| MEDEFIL, INC. | **NOTICE OF APPEARANCE** |
| Defendant. | |

To:    Clerk, United States District Court
        Martin Luther King Jr. Federal Building
        50 Walnut Street
        Newark, New Jersey 07102

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Becton, Dickinson and Company and requests that all E-Filing Notices in this case be e-mailed to James.Barabas@wilmerhale.com.

Executed on December 07, 2009        /s/ James P.Barabas_____
                                                                  James P. Barabas
                                                                  WILMER CUTLER PICKERING
                                                                      HALE AND DORR LLP
                                                                  399 Park Avenue
                                                                   New York, New York 10022
                                                                  Telephone: (212) 230-8800
                                                                  Facsimile: (212) 230-8888
                                                                  *Attorneys for Plaintiff Becton, Dickson and Company*

US1DOCS 7370079v1