UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MEDEFIL, INC.<br><br>Defendant. | Civil Action No. 2:09-cv-4113-KSH-PS<br><br>**DOCUMENT FILED ELECTRONICALLY** |

## STIPULATION OF DISMISSAL

Plaintiff Becton, Dickinson and Company and Defendant Medefil, Inc. (collectively the "Parties"), request that the Court voluntarily dismiss Plaintiff's claims against Medefil WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41 and pursuant to a settlement agreement between the Parties.

The Parties further stipulate that each party shall bear its own fees and costs.

/s/ James P. Barabas
Victor F. Souto
James P. Barabas
Alexandra McTague (*pro hac vice*)
Sarah K. Mohr (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Ph.: 212-230-8800
Fax: 212-230-8888

*Attorneys for Plaintiff*
*Becton, Dickinson and Company*

Dated: February 2, 2010

**SO ORDERED.**

/s/ Karen A. Confoy
Karen A. Confoy
Erica Helms
STERNS & WEINROTH,
A Professional Corporation
50 West State Street, Suite 1400
Trenton, New Jersey 08607

Douglas Carsten (*pro hac vice*)
FOLEY & LARDNER LLP
11250 El Camino Real
Suite 200
San Diego, CA 92130-2677

*Attorneys for Defendant Medefil, Inc.*

_____
Hon. Katherine S. Hayden, U.S. District Judge